**RANDY E. THOMAS, ESQ. / SBN: 78411**
**CAROLYN L. KATZORKE, ESQ. / SBN: 237989**
**JESSE G. HUTTO, ESQ. / SBN: 251041**
**LAW OFFICE OF RANDY E. THOMAS**
11826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone:  (209) 369-9255
Facsimile:  (209) 369-9288

Attorney for Plaintiff,
VERONICA YBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TERRANCE POWELL<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE CO. OF AMERICA, CLAYTON POWELL, LAUREN POWELL, JODIE BUONAIUTO, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:  1:08-CV-00628-OWW-SMS<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

Plaintiff, TERRANCE POWELL, by and through his undersigned counsel, do herewith submit this Stipulation re Dismissal (the "Dismissal Stipulation").

WHEREAS Plaintiff TERRANCE POWELL desires to dismiss his claims against Defendants CLAYTON POWELL, LAUREN POWELL, and JODIE BUONAIUTO, who have not yet appeared in this action,

Further, whereas, the Plaintiff TERRANCE POWELL and Defendant UNUM LIFE INSURANCE CO. OF AMERICA reached a settlement agreement, wherein Plaintiff TERRANCE POWELL agreed to dismiss his claims in consideration for the payment of monies by Defendant, UNUM LIFE INSURANCE CO. OF AMERICA

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

The above-entitled action is dismissed in its entirety with prejudice as to all Defendants, each party to bear its own costs.

**IT IS SO STIPULATED.**

DATED: June 16, 2008               **LAW OFFICE OF RANDY E. THOMAS**


                                   By: _____
                                       RANDY E. THOMAS, Attorney for Plaintiff

DATED: June ___, 2008              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**


                                   By: _____
                                       JOHN T. BURNITE, Attorney for Defendants

### **ORDER**

**IT IS SO ORDERED:**

The parties having stipulated, and good cause appearing, it is so ordered that Case No. 1:08-CV-00628-OWW-SMS shall be dismissed in its entirety with prejudice.

DATED:     7/31/2008

                                   /s/ OLIVER W. WANGER
                                   United States District Judge

---

-2-

**STIPULATION AND ORDER RE DISMISSAL**